UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION



FILED

DEC 0 2 2009



CLERK

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

AMBER SOLAY,

                Defendant.

CR 09-50048

ORDER GRANTING
GOVERNMENT'S MOTION
TO DISMISS

       The government having filed a motion to dismiss, and in the interests of justice, it is hereby

       ORDERED that the above-captioned matter is dismissed without prejudice in the interests of justice.

       Dated this 2nd day of December, 2009.

BY THE COURT

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE